# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Luis Segovia, et al.

                              Plaintiff,

v.                                                        Case No.: 1:15−cv−10196

                                                                     Honorable Joan B. Gottschall

Board of Election Commissioners for the City of Chicago, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 23, 2015:

       MINUTE entry before the Honorable Joan B. Gottschall: Attorney Walter Graham McCall's application to appear pro hac vice [16] on behalf of the plaintiffs is granted. Attorney Marisa B. Van Saanen's application to appear pro hac vice [17] on behalf of the plaintiffs is granted. Attorney Neil Clifford Weare's application to appear pro hac vice [18] on behalf of the plaintiffs is granted. Mailed notice (mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.