IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| Luis Segovia, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| v. ) | No: 15-cv-10196 |
| ) | |
| ) | Honorable Joan B. Gottschall |
| ) | |
| Board of Election Commissioners for the ) | |
| City of Chicago, et al, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney for the Board of Election Commissioners for the City of Chicago and Langdon D. Neal, hereby certifies that the Answer of the Board of Election Commissioners for the City of Chicago and Langdon D. Neal and the Appearance of the undersigned on their behalf was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, on December 4 2014 via the Court's CM/ECF electronic filing system and copies were served electronically on all counsel registered in the CM/ECF filing service.

Dated: December 4, 2015

                                                    James M. Scanlon & Associates, P.C.

                                                  By: _____/s James M. Scanlon


James M. Scanlon
James M. Scanlon & Associates, P.C.
27 N. Wacker Dr. #502
Chicago, IL 60606
T. (312) 782-8163
F. (312) 264-4571