## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Segovia , et al., v. Board of Election Commissioners for the City of Chicago, et al

Case Number: 15-cv-10196

An appearance is hereby filed by the undersigned as attorney for:
Board of Election Commissioners for the City of Chicago and Langdon D. Neal

Attorney name (type or print): James M. Scanlon

Firm: James M. Scanlon & Associates, P.C.

Street address: 27 N. Wacker Dr. #502

City/State/Zip: Chicago IL 60606

Bar ID Number: ILL ARDC 3122233      Telephone Number: 312-782-8163
(See item 3 in instructions)

Email Address: james.scanlon@jmsalaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/4/15

Attorney signature: S/ James M. Scanlon
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015