# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

| | |
|---|---|
| Luis Segovia, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 15-cv-10196 |
| v. ) | |
| ) | Honorable Joan B. Gottschall |
| Board of Election Commissioners for the ) | |
| City of Chicago, et al, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney for Karen Kinney in her official capacity as Rock Island County Clerk, hereby certifies that the Answer of Karen Kinney was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, on December 8, 2015 via the Court's CM/ECF electronic filing system and copies were served electronically on all counsel registered in the CM/ECF filing service.

Dated: December 8, 2015

                  Patricia Castro
                  Assistant State's Attorney


                  By: /s/ Patricia Castro


Patricia Castro
Assistant State's Attorney
Attorney for Defendant
State's Attorney's Office
210 5th St., 4th Floor
Rock Island, IL 61201
Phone: (309) 558-3232
Fax: (309) 786-5052
Email: castrop@co.rock-island.il.us