IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

_____

| | |
|---|---|
| LUIS SEGOVIA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 15-cv-10196 |
| ) | |
| BOARD OF ELECTION COMMISSIONERS ) | Judge Joan B. Gottschall |
| FOR THE CITY OF CHICAGO, *et al.*, ) | |
| ) | |
| Defendants. ) | |
|_____) | |

## NOTICE OF MOTION

To: Counsel of Record

PLEASE TAKE NOTICE that on Wednesday, December 23, at 9:30 am at the opening of Court or as soon thereafter as counsel may be heard, counsel will appear, if necessary, before Judge Gottschall in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the GOVERNMENT **DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**, at which time and place you may appear, if you see fit.

Dated: December 16, 2015                      Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director

ZACHARY T. FARDON
United States Attorney

THOMAS WALSH
Assistant United States Attorney

*/s/ Caroline Anderson*
Caroline J. Anderson
IL Bar No. 6308482
Trial Attorney
U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7220
Washington, D.C. 20001
Phone: (202) 305-8645
Caroline.J.Anderson@usdoj.gov

*Counsel for Government Defendants*