UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Luis Segovia, et al.

　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:15−cv−10196
　　　　　　　　　　　　　　　　　Honorable Joan B. Gottschall

Board of Election Commissioners for the City of Chicago, et al.

　　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 22, 2015:

　　　　MINUTE entry before the Honorable Joan B. Gottschall: Government defendants' unopposed motion for extension of time to respond to the complaint [31] is granted. The Government defendants shall answer or otherwise plead by 2/10/16. Motion hearing set for 12/23/15 is stricken; no appearance required. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.