UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS SEGOVIA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 15-cv-10196 |
| BOARD OF ELECTION COMMISSIONERS FOR THE CITY OF CHICAGO, et al., | ) Judge Joan B. Gottschall |
| Defendants. | ) |

**BOARD OF ELECTION COMMISSIONERS FOR THE CITY OF CHICAGO'S RULE 25(d) MOTION TO SUBSTITUTE PARTIES**

Defendant Board of Election Commissioners for the City of Chicago, by its attorneys, James M. Scanlon & Associates, P.C., hereby moves, pursuant to Federal Rule of Civil Procedure 25(d), to substitute a party and in support of said motion states as follows:

1. The Complaint filed in this cause names the Board of Election Commissioners for the City of Chicago and Langdon D. Neal, in his official capacity as Chairman of the Board of Election Commissioners as two of several defendants. See Complaint, ¶ 20.

2. Langdon D. Neal tendered his resignation from the Board effective December 31, 2015 and no longer serves on the Board of Election Commissioners.

3. Marisel A. Hernandez is the new Chairman of the Board of Election Commissioners for the City of Chicago.

WHEREFORE, the Board of Election Commissioners for the City of Chicago

1

2

respectfully moves that Marisel A. Hernandez be substituted for Langdon D. Neal as a defendant in this cause.

          Respectfully submitted,

          BOARD OF ELECTION COMMISSIONERS FOR
          THE CITY OF CHICAGO, Defendant.

          By:    s/ James M. Scanlon
                  James M. Scanlon & Associates, P.C.
                  27 N. Wacker Dr. #502
                  Chicago, IL 60606
                  312-782-8163