# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUIS SEGOVIA, et al., | ) |
| Plaintiffs, | ) |
| | ) Case No. 15-cv-10196 |
| v. | ) |
| | ) |
| BOARD OF ELECTION COMMISSIONERS FOR THE CITY OF CHICAGO, et al., | ) Judge Joan B. Gottschall |
| Defendants. | ) |

**NOTICE OF MOTION**

TO: Counsel of Record

PLEASE TAKE NOTICE that on Friday, January 15, 2016, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Hon. Judge Joan B. Gottschall in Courtroom 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached Defendant Board of Election Commissioners for the City of Chicago's Rule 25(d) Motion to Substitute Parties.

Dated: January 12, 2016         Respectfully submitted,

                                BOARD OF ELECTION COMMISSIONERS FOR
                                THE CITY OF CHICAGO, Defendant.

                        By:     s/ James M. Scanlon
                                James M. Scanlon & Associates, P.C.
                                27 N. Wacker Dr. #502
                                Chicago, IL 60606
                                312-782-8163

1

2

CERTIFICATE OF SERVICE

    I hereby certify that on January 12, 2016, I electronically filed the foregoing Notice of Motion and the Board of Election Commissioners for the City of Chicago's Rule 25(d) Motion to Substitute Parties with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF electronic filing system, which sent electronic notification of the filing the same day to all counsel registered in the CM/ECF filing service in this case.

                                              s/ James M. Scanlon
                                              _____
                                              James M. Scanlon