UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Luis Segovia, et al.

                              Plaintiff,

v.                                     Case No.: 1:15−cv−10196
                                              Honorable Joan B. Gottschall

Board of Election Commissioners for the City of Chicago, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 14, 2016:

       MINUTE entry before the Honorable Joan B. Gottschall: Rule 25(d) motion to substitute parties [35] is granted. Marisel A. Hernandez shall be substituted for Langdon D. Neal as a defendant. The Clerk's Office is directed to terminate Langdon D. Neal and add Marisel A. Hernandez, Chairman of the Board of Election Commissioners for City of Chicago, on the docket. Status hearing set for 1/15/16 is stricken and reset to 2/12/16 at 9:30 a.m. Motion hearing set for 1/15/16 is stricken; no appearance required. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.