UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS SEGOVIA, JOSE ANTONIO TORRES, PAMELA LYNN COLON, TOMAS ARES, ANTHONY BUNTEN, LAVONNE WISE, IRAQ AFGHANISTAN AND PERSIAN GULF VETERANS OF THE PACIFIC, and LEAGUE OF WOMEN VOTERS OF THE VIRGIN ISLANDS, <br><br>     Plaintiffs, <br><br> v. <br><br>BOARD OF ELECTION COMMISSIONERS FOR THE CITY OF CHICAGO, <br><br>MARISEL A. HERNANDEZ, <br> in her official capacity as Chairman of the Board of Election Commissioners for the City of Chicago, <br><br>KAREN KINNEY, <br> in her official capacity as Rock Island County Clerk, <br><br>UNITED STATES OF AMERICA, <br><br>ASHTON CARTER, <br> in his official capacity as the Secretary of Defense, <br><br>FEDERAL VOTING ASSISTANCE PROGRAM, <br><br>MATT BOEHMER, <br> in his official capacity as Director of the Federal Voting Assistance Program, <br><br>     Defendants. | Case No. 15-cv-10196 |

## UNOPPOSED MOTION FOR SCHEDULING ORDER

Plaintiffs respectfully move the Court for a scheduling order that would permit the Court to consider all dispositive issues at once. Specifically, Plaintiffs request a briefing schedule that would allow them to move for summary judgment or judgment on the pleadings concurrently with their opposition to the motion to dismiss filed by the United States of America, Ashton Carter, the Federal Voting Assistance Program, and Matt Boehmer (the "Federal Defendants"). Plaintiffs have conferred with all defendants and no defendant objects.

Plaintiffs filed the complaint on November 10, 2015 (Dkt. No. 1.) On December 7, 2015 and December 8, 2015, defendants Board of Election Commissioners for the City of Chicago, Landon Neal,[1] and Karen Kinney (the "State Defendants") answered the complaint. (Dkt. Nos. 27 and 30.) On February 10, 2016, the Federal Defendants moved to dismiss the complaint. (Dkt. No. 42.) Plaintiffs' opposition to this motion to dismiss is due March 16, 2016, and the Federal Defendants' reply is due March 30, 3016. (Dkt. No. 43.)

Consistent with the Court's case management order, the parties have discussed anticipated discovery and have agreed that no discovery is necessary for the Court to resolve the issues presented in the complaint. As a result, and to potentially enable the resolution of their claims prior to the November 2016 federal election, Plaintiffs proposed a briefing schedule that would allow the Court to consider all dispositive issues at once. No defendants object to the following schedule:

> Plaintiffs file combined opposition to Federal Defendants' motion to dismiss and motion for summary judgment or judgment on the pleadings: **March 16, 2016**

---

[1] Defendant Neal was named in his official capacity as Chairman of the Board of Election Commissioners for the City of Chicago but relinquished this position at the end of 2015. The current Chairman, Marisel A. Hernandez, has since been substituted in his place. (Dkt. No. 37.)

>Federal Defendants file combined reply in support of their motion to dismiss and any opposition to Plaintiffs' motion for summary judgment or judgment on the pleadings: **April 18, 2016**
>
>State Defendants file any opposition to Plaintiffs' motion for summary judgment or judgment on the pleadings: **April 18, 2016**
>
>Plaintiffs file reply in support of motion for summary judgment or judgment on the pleadings: **May 2, 2016**

The parties have also agreed that the Federal Defendants' combined reply in support of their motion to dismiss and opposition to Plaintiffs' motion for summary judgment or judgment on the pleadings shall be 15 pages and request that the Court permit this short page limit extension.

    For the foregoing reasons, Plaintiffs respectfully request that the Court enter the proposed scheduling order.

Dated: February 17, 2016

>Respectfully submitted,
>
>*s/ Lara A. Flath*
>Charles F. Smith
>Lara A. Flath
>155 N. Wacker Drive, Suite 2700
>Chicago, Illinois 60606
>(312) 407-0700
>charles.smith@probonolaw.com
>lara.flath@probonolaw.com
>
>Geoffrey M. Wyatt
>Michael McIntosh
>Marisa B. Van Saanen
>W. Graham McCall
>1440 New York Avenue N.W.
>Washington, D.C. 20005
>(202) 371-7000
>geoffrey.wyatt@probonolaw.com
>
>Neil C. Weare
>We the People Project
>1666 Connecticut Avenue N.W.

Suite 500
Washington, DC 20009
(202) 304-1202
nweare@equalrightsnow.org

Leevin T. Camacho
The Law Office of Leevin T. Camacho
194 Hernan Cortez Avenue
Suite 216
Hagåtña, Guam 96910
(617) 477-8894
leevin@guahanlaw.com
(application for admission *pro hac vice* forthcoming)

Luis G. Rivera Marín
Rivera Marín & Talavera Law Offices
112 Uruguay Street
Hato Rey, Puerto Rico 00918
(787) 946-9400
luisg@riveramarin.com
(application for admission *pro hac vice* forthcoming)

Semaj Johnson
Law Offices of K.A. Rames PC
Suite 3, 2111 Company Street
Christiansted, St. Croix, Virgin Islands 00820
(340) 773-7284
semaj.johnson@rameslaw.com
(application for admission *pro hac vice* forthcoming)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on February 17, 2016, I filed this document using the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a notice of electronic filing to all parties' counsel of record who are registered ECF users.

*s/ Lara A. Flath*

*Attorney for Plaintiffs*