UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Luis Segovia, et al.

Plaintiff,

v.

Case No.: 1:15−cv−10196

Honorable Joan B. Gottschall

Board of Election Commissioners for the City of Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 18, 2016:

MINUTE entry before the Honorable Joan B. Gottschall: The plaintiffs' unopposed motion for scheduling order [44] is granted. The briefing schedule [43] set for the pending motion to dismiss filed by the federal defendants [42] is stricken. The plaintiffs shall file a combined opposition to the federal defendant's motion to dismiss and a motion for summary judgment or judgment on the pleadings by March 16, 2016. The federal defendants shall file a combined reply in support of their motion to dismiss and a response to the plaintiffs' motion by April 18, 2016. The federal defendants' request to file a 15−page combined memorandum is granted. See Loc. R. 7.1. The state defendants shall file any opposition to the plaintiffs' motion by April 18, 2016. The defendants must ensure that their briefs are not duplicative. The plaintiffs shall file their reply by May 2, 2016. The court will set further dates as necessary when it rules on the motions. Motion hearing set for 2/24/16 is stricken; no appearance required. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.