UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS SEGOVIA, JOSE ANTONIO TORRES, PAMELA LYNN COLON, TOMAS ARES, ANTHONY BUNTEN, LAVONNE WISE, IRAQ AFGHANISTAN AND PERSIAN GULF VETERANS OF THE PACIFIC, and LEAGUE OF WOMEN VOTERS OF THE VIRGIN ISLANDS, <br><br>          Plaintiffs, <br><br>  v. <br><br>BOARD OF ELECTION COMMISSIONERS   FOR THE CITY OF CHICAGO, <br><br>MARISEL A. HERNANDEZ,   in her official capacity as Chairman of the   Board of Election Commissioners for the City   of Chicago, <br><br>KAREN KINNEY,   in her official capacity as Rock Island County   Clerk, <br><br>UNITED STATES OF AMERICA, <br><br>ASHTON CARTER,   in his official capacity as the Secretary of   Defense, <br><br>FEDERAL VOTING ASSISTANCE   PROGRAM, <br><br>MATT BOEHMER,   in his official capacity as Director of the Federal   Voting Assistance Program, <br><br>          Defendants. | Case No. 15-cv-10196 <br><br> Judge Joan B. Gottschall |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS**

Date: March 16, 2016

Leevin T. Camacho
The Law Office of Leevin T. Camacho
194 Hernan Cortez Avenue
Suite 216
Hagåtña, Guam 96910
(617) 477-8894
leevin@guahanlaw.com

Luis G. Rivera Marín
Rivera Marín & Talavera Law Offices
112 Uruguay Street
Hato Rey, Puerto Rico 00918
(787) 946-9400
luisg@riveramarin.com

Semaj Johnson
Law Offices of K.A. Rames PC
Suite 3, 2111 Company Street
Christiansted, St. Croix, Virgin Islands 00820
(340) 773-7284
semaj.johnson@rameslaw.com

Charles F. Smith
Lara A. Flath
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 407-0700
charles.smith@probonolaw.com
lara.flath@probonolaw.com

Geoffrey M. Wyatt
Michael McIntosh
Marisa B. Van Saanen
W. Graham McCall
1440 New York Avenue N.W.
Washington, D.C. 20005
(202) 371-7000
geoffrey.wyatt@probonolaw.com

Neil C. Weare
We the People Project
1666 Connecticut Avenue N.W.
Suite 500
Washington, DC 20009
(202) 304-1202
nweare@equalrightsnow.org

*Attorneys for Plaintiffs*

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS**

Plaintiffs Luis Segovia, Jose Antonio Torres, Pamela Lynn Colon, Tomas Ares, Anthony Bunten, Lavonne Wise, Iraq Afghanistan and Persian Gulf War Veterans of the Pacific ("IAPGVP"), and League of Women Voters of the Virgin Islands ("LWV-VI") hereby move pursuant to Federal Rule of Civil Procedure 56(a) for summary judgment, and respectfully request that the Court deny the federal defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

The plaintiffs request that the Court grant summary judgment in favor of the plaintiffs and deny the federal defendants' motion to dismiss because the individual plaintiffs, who are former residents of Illinois, are denied the right to vote in federal elections in Illinois that is afforded to all other former Illinois residents residing overseas solely because they each reside in certain disfavored Territories excluded from overseas voting rights by federal and state law. This exclusion violates equal-protection principles as a matter of law under any level of scrutiny.

Plaintiffs' full argument, along with supporting facts and law, are set out in the Memorandum in Support of Summary Judgment and Opposition to Federal Defendants' Motion to Dismiss. For all of the reasons stated therein, plaintiffs should be granted summary judgment and the motion to dismiss should be denied.

Date: March 16, 2016                  Respectfully submitted,

                                                 *s/ Charles F. Smith*

| | |
|---|---|
| Leevin T. Camacho | Charles F. Smith |
| The Law Office of Leevin T. Camacho | Lara A. Flath |
| 194 Hernan Cortez Avenue | 155 N. Wacker Drive, Suite 2700 |
| Suite 216 | Chicago, Illinois 60606 |
| Hagåtña, Guam 96910 | (312) 407-0700 |
| (617) 477-8894 | charles.smith@probonolaw.com |
| leevin@guahanlaw.com | lara.flath@probonolaw.com |

3

Luis G. Rivera Marín
Rivera Marín & Talavera Law Offices
112 Uruguay Street
Hato Rey, Puerto Rico 00918
(787) 946-9400
luisg@riveramarin.com

Semaj Johnson
Law Offices of K.A. Rames PC
Suite 3, 2111 Company Street
Christiansted, St. Croix, Virgin Islands 00820
(340) 773-7284
semaj.johnson@rameslaw.com

Geoffrey M. Wyatt
Michael McIntosh
Marisa B. Van Saanen
W. Graham McCall
1440 New York Avenue N.W.
Washington, D.C. 20005
(202) 371-7000
geoffrey.wyatt@probonolaw.com

Neil C. Weare
We the People Project
1666 Connecticut Avenue N.W.
Suite 500
Washington, DC 20009
(202) 304-1202
nweare@equalrightsnow.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on March 16, 2016, I filed this document using the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a notice of electronic filing to all parties' counsel of record who are registered ECF users.

*s/ Charles F. Smith*

*Attorney for Plaintiffs*