# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Luis Segovia, et al.

                    Plaintiff,

v.                                          Case No.: 1:15−cv−10196

                                                    Honorable Joan B. Gottschall

Board of Election Commissioners for the City of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 22, 2016:

       MINUTE entry before the Honorable Joan B. Gottschall: Motion hearing held. Defendants' motion for a revised scheduling order [53] is granted. Plaintiffs' combined reply in support of their motion for summary judgment and opposition to the Federal Defendants' cross motion for summary judgment is due by 5/3/16. The Federal Defendants' reply in support of their cross motion for summary judgment is due by 5/17/16. The parties shall submit a chart with docket numbers that details the outstanding motions and all related briefing. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.