# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Luis Segovia, et al.

                           Plaintiff,

v.                                               Case No.: 1:15−cv−10196
                                                 Honorable Joan B. Gottschall

Board of Election Commissioners for the City of Chicago, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 23, 2016:

       MINUTE entry before the Honorable Joan B. Gottschall: Enter Memorandum Opinion and Order. The federal defendants are entitled to summary judgment as to the plaintiffs equal protection claim based on the UOCAVA, so the federal defendants' motion for summary judgment [50] is granted, their motion to dismiss [42] is denied as moot, and the plaintiffs cross−motion for summary judgment [47] is denied. The plaintiffs standalone due process claim survives these rulings as the parties did not brief it. This case is set for status on September 9, 2016, at 9:30 a.m. The parties should be prepared to discuss further proceedings regarding the plaintiffs due process claim against the federal defendants and their contention that portions of Illinois MOVE are unconstitutional due to the statutes treatment of American Samoa. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.