UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS SEGOVIA, JOSE ANTONIO TORRES, PAMELA LYNN COLON, TOMAS ARES, ANTHONY BUNTEN, LAVONNE WISE, IRAQ AFGHANISTAN AND PERSIAN GULF VETERANS OF THE PACIFIC, and LEAGUE OF WOMEN VOTERS OF THE VIRGIN ISLANDS, <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF ELECTION COMMISSIONERS FOR THE CITY OF CHICAGO, <br><br> MARISEL A. HERNANDEZ, in her official capacity as Chairman of the Board of Election Commissioners for the City of Chicago, <br><br> KAREN KINNEY, in her official capacity as Rock Island County Clerk, <br><br> UNITED STATES OF AMERICA, <br><br> ASHTON CARTER, in his official capacity as the Secretary of Defense, <br><br> FEDERAL VOTING ASSISTANCE PROGRAM, <br><br> MATT BOEHMER, in his official capacity as Director of the Federal Voting Assistance Program, <br><br> Defendants. | Case No. 15-cv-10196 |

## MOTION OF W. GRAHAM MCCALL FOR LEAVE
## TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, attorney W. Graham McCall brings this Motion for Leave to Withdraw as Counsel of Record for Plaintiffs Luis Segovia, Jose Antonio Torres, Pamela Lynn Colon, Tomas Ares, Anthony Bunten, Lavonne Wise, Iraq Afghanistan and Persian Gulf Veterans Of The Pacific, and League Of Women Voters of the Virgin Islands. In support of this motion, Mr. McCall states as follows:

1. On November 24, 2015, attorney W. Graham McCall filed his appearance on behalf of Plaintiffs in the above-captioned litigation.

2. As of October 7, 2016, Mr. McCall will no longer be employed by or associated with any part of the group of attorneys representing Plaintiffs in the above-captioned litigation. All other attorneys of record for Plaintiffs will continue to represent Plaintiffs in this matter.

3. Permitting Mr. McCall to withdraw will not result in delay or any negative impact or other circumstances causing prejudice to Plaintiffs.

**WHEREFORE**, W. Graham McCall respectfully requests that he hereby be granted leave to withdraw his appearance on behalf of Plaintiffs.

Dated: September 19, 2016

    Respectfully submitted,

    *s/ W. Graham McCall*
    W. Graham McCall
    Michael McIntosh
    Marisa B. Van Saanen
    Geoffrey M. Wyatt
    1440 New York Avenue N.W.
    Washington, D.C. 20005
    (202) 371-7000
    graham.mccall@probonolaw.com

Charles F. Smith
Lara A. Flath
John J. Schoettle
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 407-0700
charles.smith@probonolaw.com
lara.flath@probonolaw.com
john.schoettle@probonolaw.com

Neil C. Weare
We the People Project
1666 Connecticut Avenue N.W.
Suite 500
Washington, DC 20009
(202) 304-1202
nweare@equalrightsnow.org

Leevin T. Camacho
The Law Office of Leevin T. Camacho
194 Hernan Cortez Avenue
Suite 216
Hagåtña, Guam 96910
(617) 477-8894
leevin@guahanlaw.com

Luis G. Rivera Marín
Rivera Marín & Talavera Law Offices
112 Uruguay Street
Hato Rey, Puerto Rico 00918
(787) 946-9400
luisg@riveramarin.com

Semaj Johnson
Law Offices of K.A. Rames PC
Suite 3, 2111 Company Street
Christiansted, St. Croix, Virgin Islands 00820
(340) 773-7284
semaj.johnson@rameslaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on September 19, 2016, I filed this document using the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a notice of electronic filing to all parties' counsel of record who are registered ECF users.

*s/ W. Graham McCall*

*Attorney for Plaintiffs*