# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Luis Segovia, et al.

                    Plaintiff,

v.                                   Case No.: 1:15−cv−10196

                                  Honorable Joan B. Gottschall

Board of Election Commissioners for the City of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 22, 2016:

      MINUTE entry before the Honorable Joan B. Gottschall: Motion of W. Graham McCall for leave to withdraw as counsel for plaintiffs [67] is granted. Attorney W. Graham McCall may withdraw his appearance on behalf of plaintiffs. Motion hearing set for 9/23/16 is stricken; no appearance required. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.