UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS SEGOVIA, JOSE ANTONIO TORRES, PAMELA LYNN COLON, TOMAS ARES, ANTHONY BUNTEN, LAVONNE WISE, IRAQ AFGHANISTAN AND PERSIAN GULF VETERANS OF THE PACIFIC, and LEAGUE OF WOMEN VOTERS OF THE VIRGIN ISLANDS, <br><br>      Plaintiffs, <br><br> v. <br><br>BOARD OF ELECTION COMMISSIONERS FOR THE CITY OF CHICAGO, MARISEL A. HERNANDEZ, in her official capacity as Chairman of the Board of Election Commissioners for the City of Chicago, KAREN KINNEY, in her official capacity as Rock Island County Clerk, UNITED STATES OF AMERICA, ASHTON CARTER, in his official capacity as the Secretary of Defense, FEDERAL VOTING ASSISTANCE PROGRAM, and MATT BOEHMER, in his official capacity as Director of the Federal Voting Assistance Program, <br><br>      Defendants. | Case No. 15-cv-10196 <br><br> Judge Joan B. Gottschall |

**PLAINTIFFS' SECOND MOTION FOR SUMMARY JUDGMENT**

Date: September 23, 2016

Leevin T. Camacho
The Law Office of Leevin T. Camacho
194 Hernan Cortez Avenue
Suite 216
Hagåtña, Guam 96910
(617) 477-8894
leevin@guahanlaw.com

*s/ Charles F. Smith*
Charles F. Smith
Lara A. Flath
John J. Schoettle
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 407-0700
charles.smith@probonolaw.com
lara.flath@probonolaw.com
john.schoettle@probonolaw.com

Luis G. Rivera Marín
Rivera Marín & Talavera Law Offices
112 Uruguay Street
Hato Rey, Puerto Rico 00918
(787) 946-9400
luisg@riveramarin.com

Semaj Johnson
Law Offices of K.A. Rames PC
Suite 3, 2111 Company Street
Christiansted, St. Croix, Virgin Islands 00820
(340) 773-7284
semaj.johnson@rameslaw.com

Geoffrey M. Wyatt
Michael McIntosh
Marisa B. Van Saanen
1440 New York Avenue N.W.
Washington, D.C. 20005
(202) 371-7000
geoffrey.wyatt@probonolaw.com

Neil C. Weare
We the People Project
1666 Connecticut Avenue N.W.
Suite 500
Washington, D.C. 20009
(202) 304-1202
nweare@equalrightsnow.org

*Attorneys for Plaintiffs*

## PLAINTIFFS' SECOND MOTION FOR SUMMARY JUDGMENT

Plaintiffs Luis Segovia, Jose Antonio Torres, Pamela Lynn Colon, Tomas Ares, Anthony Bunten, Lavonne Wise, Iraq Afghanistan and Persian Gulf War Veterans of the Pacific ("IAPGVP"), and League of Women Voters of the Virgin Islands ("LWV-VI") hereby move pursuant to Federal Rule of Civil Procedure 56(a) for summary judgment.

The plaintiffs request that the Court grant summary judgment against the state defendants and in favor of the plaintiffs because the individual plaintiffs, who are former residents of Illinois, are denied the right to vote in federal elections in Illinois that is afforded to all other former Illinois residents residing overseas solely because they each reside in certain disfavored Territories excluded from overseas voting rights by state law. This exclusion violates equal-protection principles as a matter of law under any level of scrutiny. The plaintiffs also request that the Court grant summary judgment against the state and federal defendants on the basis that both the federal and state statutes violate the plaintiffs' fundamental right to interstate travel, which is protected by the substantive component of due process.

Plaintiffs' full argument, along with supporting facts and law, are set out in the Plaintiffs' Memorandum In Support of Second Motion for Summary Judgment. For all of the reasons stated therein, plaintiffs should be granted summary judgment.

Date: September 23, 2016

Respectfully submitted,

*s/ Charles F. Smith*

| | |
|---|---|
| Leevin T. Camacho | Charles F. Smith |
| The Law Office of Leevin T. Camacho | Lara A. Flath |
| 194 Hernan Cortez Avenue | John J. Schoettle |
| Suite 216 | 155 N. Wacker Drive, Suite 2700 |
| Hagåtña, Guam 96910 | Chicago, Illinois 60606 |
| (617) 477-8894 | (312) 407-0700 |
| leevin@guahanlaw.com | charles.smith@probonolaw.com |
| | lara.flath@probonolaw.com |
| | john.schoettle@probonolaw.com |

Luis G. Rivera Marín
Rivera Marín & Talavera Law Offices
112 Uruguay Street
Hato Rey, Puerto Rico 00918
(787) 946-9400
luisg@riveramarin.com

Semaj Johnson
Law Offices of K.A. Rames PC
Suite 3, 2111 Company Street
Christiansted, St. Croix, Virgin Islands 00820
(340) 773-7284
semaj.johnson@rameslaw.com

Geoffrey M. Wyatt
Michael McIntosh
Marisa B. Van Saanen
1440 New York Avenue N.W.
Washington, D.C. 20005
(202) 371-7000
geoffrey.wyatt@probonolaw.com

Neil C. Weare
We the People Project
1666 Connecticut Avenue N.W.
Suite 500
Washington, D.C. 20009
(202) 304-1202
nweare@equalrightsnow.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on September 23, 2016, I filed this document using the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a notice of electronic filing to all parties' counsel of record who are registered ECF users.

*s/ Charles F. Smith*

*Attorney for Plaintiffs*