# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| LUIS SEGOVIA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 15-cv-10196 |
| v. ) | |
| ) | Judge Joan B. Gottschall |
| BOARD OF ELECTION COMMISSIONERS ) | |
| FOR THE CITY OF CHICAGO, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Date: October 19, 2016

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

ZACHARY T. FARDON
United States Attorney

THOMAS WALSH
Assistant United States Attorney

*s/ Deepthy Kishore*
Deepthy Kishore (IL Bar No. 6306338)
Trial Attorney
U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 5102
Washington, D.C. 20001
Phone: (202) 616-4448
deepthy.c.kishore@usdoj.gov

*Counsel for Federal Defendants*

## FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants the United States of America, Ashton Carter in his official capacity as the Secretary of Defense, the Federal Voting Assistance Program, and Matt Boehmer, in his official capacity as Director of the Federal Voting Assistance Program (together the "Federal Defendants"), hereby move for summary judgment pursuant to Federal Rule of Civil Procedure 56. The relevant authority and argument supporting this motion are set forth in the Memorandum in Support of Federal Defendants' Cross-Motion for Summary Judgment, and in Opposition to Plaintiffs' Second Motion for Summary Judgment, filed herewith.

Further, in accordance with Local Rule 56.1(a)(3), Federal Defendants incorporate the statement of facts previously filed by the Federal Defendants, (ECF No. 51-4). Federal Defendants also incorporate all facts and arguments set forth in their Memorandum in Support of Their Motion to Dismiss (ECF No. 39); Federal Defendants' Combined Memorandum Reply in Support of Their Motion to Dismiss, in Opposition to Plaintiffs' Motion for Summary Judgment, and in Support of Their Cross-Motion for Summary Judgment, (ECF No. 51); and Federal Defendants' response to the statement of facts previously filed by Plaintiffs, (ECF No. 51-5).

For the reasons set forth in the memorandum of law filed herewith and in the foregoing materials, the Federal Defendants' Cross-Motion should be granted and Plaintiffs' Motion for Summary Judgment should be denied as against Federal Defendants.

Dated: October 19, 2016

Respectfully submitted,
BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

ZACHARY T. FARDON
United States Attorney

THOMAS WALSH
Assistant United States Attorney

*s/ Deepthy Kishore*
Deepthy Kishore (IL Bar No. 6306338)
Trial Attorney
U.S Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 5102
Washington, D.C.  20001
Phone: (202) 616-4448
deepthy.c.kishore@usdoj.gov

*Counsel for Federal Defendants*