**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LUIS SEGOVIA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 15-CV-10196 |
| v. ) | |
| ) | Judge Joan B. Gottschall |
| BOARD OF ELECTION ) | |
| COMMISSIONERS FOR THE ) | |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. | |

## JUDGMENT

This matter comes before the court on remand from the United States Court of Appeals for the Seventh Circuit. Pursuant to the mandate issued March 16, 2018, and the instructions on remand, it is ordered and adjudged that plaintiffs' claims against the United States of America; the Federal Voting Assistance Program; James N. Mattis,* in his official capacity as Secretary of Defense; David Bierne, in his official capacity as the Director of the Federal Voting Assistance Program, be, and they hereby are, dismissed for lack of subject matter jurisdiction. The judgment entered October 28, 2016, dismissing plaintiffs' claims against defendants Board of Election Commissioners for the City of Chicago; Marisel Hernandez, in her official capacity as Chairperson of the Commission; and Karen Kinney, in her official capacity as County Clerk of Rock Island, Illinois, with prejudice stands. Defendants shall recover costs from plaintiffs. This is a final judgment.

Date: March 20, 2018

/s/
Joan B. Gottschall
United States District Judge

---

* When they took office, defendants Mattis and Bierne were "automatically substituted" for their predecessors sued in their official capacities. Fed. R. Civ. P. 25(d).